# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>LUIS PERALES and CYNTHA PERALES<br><br>Debtor(s) | Case No. 1:19-bk-02618<br><br>Chapter 13<br><br>Honorable Timothy A. Barnes |

## NOTICE OF MOTION

To: *service list affixed*

     PLEASE TAKE NOTICE that on August 6, 2020, at 1:00 PM, I will appear before the Honorable Timothy A. Barnes, or any Judge sitting in that Judge's place, and present **DEBTORS' MOTION TO AUTHORIZE RELEASE OF INSURANCE PROCEEDS**, a copy of which is attached.

     **This Motion will be presented and heard telephonically**.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on this Motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.courtsolutions.com or by calling Court Solutions, LLC at (917) 746-7476.

     **If you disagree with this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the Motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the relief sought herein in advance without hearing.

     **LUIS PERALES and CYNTHA PERALES**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I, Joseph S. Davidson, certify that I caused a copy of this notice and Motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail® to each entity listed on service list affixed, on July 1, 2020 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois.

*/s/ Joseph S. Davidson*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-02618<br>Northern District of Illinois<br>Eastern Division<br>Wed Jul 1 14:14:38 CDT 2020 | Consumer Portfolio Services<br>P.O. Box 57071<br>Irvine, CA 92619-7071 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank of Missorui<br>2700 S Lorraine Place<br>Sioux Falls, SD 57106-3657 |
| CEP AMERICA ILLINOIS LLP<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE,TN 37950-0250 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 |
| City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Dept of Finance<br>Po Box 88292<br>Chicago, IL 60680-1292 | Comenity Capital/mprc<br>Attn: Bankruptcy Dept.<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Capital/mprc<br>Po Box 182120<br>Columbus, OH 43218-2120 | Consumer Portfolio Svc<br>19500 Jamboree Rd.<br>Irvine, CA 92612-2411 | Consumer Portfolio Svc<br>Attn: Bankruptcy<br>Po Box 57071<br>Irvine, CA 92619-7071 |
| (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | Convergent Outsourcing, Inc.<br>800 SW 39th St.<br>Renton, WA 98057-4927 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>Po Box 9004<br>Renton, WA 98057-9004 |
| Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Fingerhut<br>6250 Ridgewood Rd.<br>Saint Cloud, MN 56303-0820 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Rd.<br>Saint Cloud, MN 56303-0820 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395-1250 | First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Genesis Bc/Celtic Bank<br>Attn: Bankruptcy<br>268 S. State St., Ste. 300<br>Salt Lake City, UT 84111-5314 | Genesis Bc/celtic Bank<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| HYUNDAI CAPITAL AMERICA DBA<br>HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728-0809 | (p)HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20829<br>Fountain City, CA 92728-0829 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Kohls/Capital One<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5660 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank/CardWorks<br>10705 S. Jordan Gateway<br>South Jordan, UT 84095-3977 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | MidAmerica Bank & Trust Company<br>5109 S, Broadband Ln.<br>Sioux Falls, SD 57108-2208 |
| MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>Po Box 400<br>Dixon, MO 65459-0400 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | State Collection Service<br>Attn: Bankruptcy<br>Po Box 6250<br>Madison, WI 53716-0250 |
| State Collection Service<br>Po Box 6250<br>Madison, WI 53716-0250 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept.<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cynthia Perales<br>4458 S. Sawyer Ave.<br>Chicago, IL 60632-2819 |
| Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Luis Perales<br>4458 S. Sawyer Ave.<br>Chicago, IL 60632-2819 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

(d)Continental Finance Company
Po Box 8099
Newark, DE 19714

Hyundai Motor Finance
10550 Talbert Ave.
Fountain Valley, CA 92708

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

(d)Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303

Portfolio Recovery Associates, LLC
c/o Carsons
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Comenity Capital/mprc
Attn: Bankruptcy Dept.
Po Box 182125
Columbus, OH 43218-2125

(d)MidAmerica Bank & Trust Company
5109 S. Broadband Ln.
Sioux Falls, SD 57108-2208

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>LUIS PERALES and CYNTHA PERALES<br><br>Debtor(s) | Case No. 1:19-bk-02618<br><br>Chapter 13<br><br>Honorable Timothy A. Barnes |

## MOTION TO AUTHORIZE RELEASE OF INSURANCE PROCEEDS

**NOW COME**, LUIS PERALES and CYNTHA PERALES (the "Debtors"), through undersigned counsel, requesting entry of an order authorizing release of insurance proceeds. In support thereof, Debtors assert as follows:

1. On January 31, 2019, Debtor filed a voluntary petition for relief under Chapter 13, Title 11, United States Code (the "Bankruptcy Code"). Dkt. #1.

2. Debtor's Modified Chapter 13 Plan, dated May 7, 2019, was confirmed on May 9, 2019 (the "Confirmed Plan").

3. The Confirmed Plan provides:

> **3.3    Secured claims excluded from 11 U.S.C. § 506.**
>
> These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Amount of claims | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| Consumer Portfolio Svc | 2017 Hyundai Tuscon Value Sport Utility 4D 25,000 miles Value according to www.kbb.com, Private Party Value (Good Condition) | $19,884.44 | 7.50% | $618.53 Disbursed by: ■ Trustee ☐ Debtor(s) | $22,423.57 |

    **5.1**    **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐    The sum of $     .

■    **100.00**% of the total amount of these claims, an estimated payment of **$43,026.72**.

■    The funds remaining after disbursements have been made to all other creditors provided for in this plan.

4.    On April 11, 2020, Debtors' 2017 Hyundai Tuscon was involved in an automobile fire and was determined to be a total loss.

5.    The current pay-off amount prior to any insurance funds being applied towards the account is $10,997.80 until October 22, 2020.

6.    Debtors' 2017 Hyundai Tuscon is insured through Allstate Insurance Company, who has authorized settlement of $14,846.00. *See* Exhibit A.

7.    Allstate Insurance Company will be issuing payment in amount of $10,997.80 to Consumer Portfolio Services.

8.    Accordingly, Debtors are seeking Court approval for (1) Allstate Insurance Company to release $10,997.80 to Consumer Portfolio Services to pay off Debtors' vehicle loan; and (2) for Allstate Insurance Company to release $3,848.20 directly to Debtors to help them obtain replacement transportation.

**WHEREFORE**, the Debtor respectfully requests the following:

A.  an order authorizing Allstate Insurance Company to release $10,997.80 in insurance proceeds to Consumer Portfolio Services to pay off Debtors' vehicle loan;

B.  an order authorizing Allstate Insurance Company to release $3,848.20 directly to Debtors to help them obtain replacement transportation; and

C.  such other relief as the Court deems just and proper.

DATED: July 1, 2020                                Respectfully submitted,

**LUIS PERALES and CYNTHA PERALES**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com