

ABO Total Loss Processing
1340 Spectrum Blvd
Chandler, AZ 85286
Fax: (866) 447-4293

**SULAIMAN LAW GROUP LTD**
**2500 S HIGHLAND AVE STE 200,**
**LOMBARD, IL 60148-7103**

**LUIS PERALES/CYNTHIA PERALES**
**4458 S SAWYER AVE,**
**CHICAGO, IL 60632-2819**
**BK CASE#1902618**

### DIRECTION TO PAY REQUEST

RE:    Claim #:0583551718
Date of Loss:04/11/20
Vehicle:2017 HYUNDAI TUCSON
VIN: KM8J23A42HU576089
Case #: 1902618
Vehicle Owner: Luis Perales & Cynthia Perales

Date: 06/23/20

To Whom This May Concern:

Allstate has deemed the above-mentioned vehicle a total loss according to state guidelines. Allstate cannot issue the equity payment until we receive the following:

- **Direction to Pay for equity of $3,848.20 (Or copy of motion)**
- **Letter of Guarantee from the lienholder- $10,997.80 (payment issued 06/23/20)**
- **State required paperwork from your client (processing)**



ABO Total Loss Processing
1340 Spectrum Blvd
Chandler, AZ 85286
Fax: (866) 447-4293

Below you will find a total loss settlement breakdown to assist with the Direction to Pay letter we require:

| | |
|---|---|
| ACV: | $14,846.00 |
| Tax: | $0.00 |
| Title fee: | $0.00 |
| Deductible | $0.00 |
| Total Settlement Amt: | $14,846.00 |

Again, as previously mentioned the payoff for $10,997.80 has already been issued directly to the lienholder Consumer Portfolio Services on 06/23/20. Attached is a copy of the letter of guarantee we received.

**Please send acknowledgment of the Direction to Pay request within 10 business days for further processing.**

If *emailing* the Direction to Pay:    Send to claims@claims.allstate.com
                                        with claim number only in the Subject line.

If *faxing* the Direction to Pay       Send to 866.447.4293 (Please include the claim number
on the cover page)

Should you have any further questions, please feel free to contact me at 480-824-6609.

Sincerely,

Anna Torres

Allstate Total Loss Department
Anna Torres
(480) 824-6609 – Phone
(866) 447-4293 – Fax

Internal Information